# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Clark Bridges,<br><br>      Petitioner,<br><br>vs.<br><br>Director of Corrections,<br><br>      Respondent. | **ORDER OF DISMISSAL**<br><br><br><br>Case No. 1:20-cv-196 |

The petitioner, John Clark Bridge ("Bridges") is an inmate at the ADX Federal Penitentiary in Florence, Colorado. He initiated the above-captioned action on October 26, 2020, with submission of an application to proceed in forma pauperis and application for a writ of habeas corpus. On November 16, 2020, he filed notice of his consent to the magistrate judge's exercise of jurisdiction and motion for voluntarily dismissal.

The court **GRANTS** Bridges' motion for voluntary dismissal (Doc. No. 5). Bridges application to proceed in forma pauperis (Doc. No. 1) and petition for a writ of habeas corpus (Doc. No. 2) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2020.

                   /s/ Clare R. Hochhalter
                   Clare R. Hochhalter, Magistrate Judge
                   United States District Court